# UNITED STATES DISTRICT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| JIMMY RODRIGUEZ,<br><br>  Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC<br><br>  Defendant. | **Case No.: 2:24-cv-01066-JES-NPM** |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, JIMMY RODRIGUEZ ("Plaintiff"), and Defendant, Trans Union, LLC ("Transunion"), have reached settlement in the above-captioned action. Plaintiff expects to file a Joint Stipulation of Dismissal once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

Dated: 12/13/2024                                                                      Respectfully submitted,

                                                                          By *s/ Jason S. Weiss*
                                                                          Jason S. Weiss
                                                                          Jason@jswlawyer.com
                                                                          Florida Bar No. 0356890
                                                                          **WEISS LAW GROUP, P.A.**
                                                                          5531 N. University Drive
                                                                          Suite 103
                                                                          Coral Springs, FL 33067
                                                                          Tel: (954) 573-2800
                                                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on December 13, 2024, I served the foregoing Notice of Settlement using the CM/ECF system, which automatically gives notice to all counsel of record.

By *s/ Jason S. Weiss*
Jason S. Weiss